UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| CURTIS INTERNATIONAL LTD. |
|---|
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No. 23-00111

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 2704 and 3004 | Center (if known): | CEE007 |
|---|---|---|---|
| Protest Number: | 270422162521 Continued in the Schedule of Protests | Date Protest Filed: | 10/24/2022 |
| Importer: | Curtis International Ltd. | Date Protest Denied: | 12/13/2022 |
| Category of Merchandise: | Water Dispensers | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 55100577698 | 06/13/2021 | 05/06/22 | | | |
| Continued in the | Schedule of Protests | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner, Esq.
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, NY 10017
212-549-0137
jkenner@strtrade.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | **Appraised Value of Merchandise** | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| **Classification, Rate or Amount** | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Water dispensers | 9903.88.01 / 8418.69.0120 | 25% | 8516.79.0000 | 2.7% |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Plaintiff challenges the classification and rate of duty assessed on the imported merchandise.

The issue which was common to all such denied protests:

The proper classification and rate of duty for the entered water dispensers.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

      /s/ Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

May 25, 2023
_____
*Date*

Form 1-3

# SCHEDULE OF PROTESTS

CEE007 (Electronics)

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270422162521 | 10/24/2022 | 12/13/2022 | 55100577698 | 06/13/2021 | 05/06/2022 | 2704 |
| 270422162522 | 10/24/2022 | 12/13/2022 | 55100912317 | 06/20/2021 | 05/13/2022 | 2704 |
| 270422162523 | 10/24/2022 | 12/13/2022 | 55100912903 | 06/20/2021 | 05/13/2022 | 2704 |
| 270422162527 | 10/24/2022 | 12/13/2022 | 55101090576 | 06/25/2021 | 05/20/2022 | 2704 |
| 270422162528 | 10/24/2022 | 12/13/2022 | 55100916284 | 07/01/2021 | 05/27/2022 | 2704 |
| 270422162633 | 10/31/2022 | 12/13/2022 | 55101261185 | 07/30/2021 | 06/24/2022 | 2704 |
| 270422162640 | 10/31/2022 | 12/13/2022 | 55101667779 | 08/07/2021 | 07/01/2022 | 2704 |
| 270422162646 | 10/31/2022 | 12/13/2022 | 55101681614 | 08/25/2021 | 07/08/2022 | 2704 |
| 300422101644 | 10/31/2022 | 12/13/2022 | 55102594360 | 09/18/2021 | 08/12/2022 | 3004 |
| 270422162663 | 11/1/2022 | 12/13/2022 | 55102399935 | 09/22/2021 | 08/19/2022 | 2704 |
| 270422162665 | 11/1/2022 | 12/13/2022 | 55102558670 | 10/06/2021 | 08/19/2022 | 2704 |
| 270422162667 | 11/1/2022 | 12/13/2022 | 55102399778 | 09/30/2021 | 08/26/2022 | 2704 |
| 270422162669 | 11/1/2022 | 12/13/2022 | 55102579379 | 10/22/2021 | 09/16/2022 | 2704 |
| 270422162670 | 11/1/2022 | 12/13/2022 | 55102703474 | 10/20/2021 | 09/16/2022 | 2704 |
| 270422162671 | 11/1/2022 | 12/13/2022 | 55102834782 | 10/22/2021 | 09/16/2022 | 2704 |
| 270422162697 | 11/2/2022 | 12/13/2022 | 55103076789 | 11/13/2021 | 10/07/2022 | 2704 |
| 300422101646 | 11/2/2022 | 12/13/2022 | 55103595093 | 11/16/2021 | 10/14/2022 | 3004 |
| 270422162698 | 11/2/2022 | 12/13/2022 | 55102837827 | 11/28/2021 | 10/21/2022 | 2704 |
| 270422162367 | 10/17/2022 | 1/25/2023 | 55100454302 | 05/25/2021 | 04/22/2022 | 2704 |
| 270422162368 | 10/14/2022 | 1/25/2023 | 55101066238 | 06/25/2021 | 05/20/2022 | 2704 |
| 270422162533 | 10/24/2022 | 1/25/2023 | 55101089768 | 07/02/2021 | 05/27/2022 | 2704 |
| 270422162534 | 10/24/2022 | 1/25/2023 | 55101363619 | 07/18/2021 | 06/10/2022 | 2704 |
| 270422162535 | 10/24/2022 | 1/25/2023 | 55101293766 | 08/11/2021 | 06/17/2022 | 2704 |
| 270422162536 | 10/24/2022 | 1/25/2023 | 55101439849 | 07/24/2021 | 06/17/2022 | 2704 |
| 270422162369 | 10/14/2022 | 1/25/2023 | 55102973879 | 10/23/2021 | 09/16/2022 | 2704 |
| 270422162370 | 10/14/2022 | 1/25/2023 | 55102974133 | 10/23/2021 | 09/16/2022 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)